# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  P.O. Box 510920
Fax (414) 271-9344  Milwaukee, WI 53203
www.chapter13milwaukee.com  info@chapter13milwaukee.com

December 7, 2015

Honorable Beth E. Hanan
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI   53202

RE:   SHIRELLE J. HARRIS
       Chapter 13 Bankruptcy
       Case No. 12-35879 - BEH

Dear Judge Beth E. Hanan:

An Order on the Trustee's Motion to Dismiss was previously signed on June 6, 2014.   Enclosed please find a copy of the Status Report and Receipts Statement as of December 7, 2015, relative to the above-captioned Chapter 13 bankruptcy case, which is now pending in your Court.   The debtor's payments to the Trustee's Office in this case remain sporadic and/or inadequate to fund the Plan in this case and the debtor has failed to pay the Office of the Chapter 13 Trustee one-half of the net 2014 tax refunds, if any.

I am therefore renewing my Motion to Dismiss and respectfully requesting that the court schedule a hearing thereon should the **Debtor or Debtor's Attorney file a written objection** to the renewed Motion to Dismiss **within twenty-one (21) days of the date of this letter**.   Should there be no such objection in a timely fashion; my office will submit an Affidavit of No Objection and a proposed Order Dismissing the case – Confirmed Plan.

Respectfully Submitted,

OFFICE OF CHAPTER 13 TRUSTEE


By /s_____
     Mary B. Grossman, Chapter 13 Trustee
     Robert W. Stack, Staff Attorney
     Christopher D. Schimke, Staff Attorney
     Sandra M. Baner, Staff Attorney

MBG/RWS/CDS/SMB/jp

Enclosures

cc:     SHIRELLE J. HARRIS (Via Mail)
         DELADURANTEY LAW OFFICE LLC (Via ECF)